# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

OSUNDARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. No. 18-20035 |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| CANDACE SHARREL WASHINGTON, | ) | |
| a/k/a | ) | |
| "CANDACE WASHINGTON," | ) | 4:19mj1500 |
| | ) | |
| Defendant. | ) | |

United States Courts
Southern District of Texas
FILED
*August 13, 2019*
David J. Bradley, Clerk of Court

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 10, 2017, in the Western District of Tennessee and elsewhere, the defendant,

**CANDACE SHARREL WASHINGTON**
**a/k/a "CANDACE WASHINGTON"**

did unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, that is, methamphetamine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
**FOREPERSON**

DATED: _____

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**

# OSUNDARE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 18-20035 |
| ) | |
| v. ) | 21 U.S.C. § 841(a)(1) |
| ) | |
| CANDACE SHARREL WASHINGTON, ) | |
| a/k/a "CANDACE WASHINGTON," ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENALTIES

### COUNT 1

nlt 10 yrs. imprisonment and not more than life; nmt $10,000,000 fine or both, nlt a 5 yr. period of supervised release, and a special assessment of $100, but if the defendant has one prior drug conviction for a felony drug offense, then nlt 20 yrs. imprisonment, nmt $20,000,000 fine or both, nlt a 10 yr. period of supervised release, and a special assessment of $100, see U.S.C. 3013(a)

Case 2:18-cr-20035-JTF Document 3 Filed 02/15/18 Page 1 of 1 PageID 4

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
| v. | ) |
| CANDACE WASHINGTON | ) Case No. 18-20035 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) CANDACE WASHINGTON,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §841(a)(1) - Possession with intent to distribute a controlled substance

Date: 2/15/18

City and state: MEMPHIS, TENNESSEE

THOMAS M. GOULD - CLERK, U.S. DISTRICT COURT
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) 08-13-2019
at (city and state) Houston, TX

Date: 08-13-2019

Derrick Crist, Special Agent
Printed name and title